UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TK HOLDINGS, INC., </br></br>       Plaintiff, </br></br> v. </br></br> JOHN DOE 1 and </br> JOHN DOE 2, </br></br>       Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> )  CIVIL ACTION NO. 08-12019- JLT </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

No other party having served either an answer to the complaint or a motion for summary judgment, the Plaintiff hereby dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

TK HOLDINGS, INC.

By its attorneys,

/s/ Michael S. Rabieh
Alan M. Reisch (BBO #416160)
Michael S. Rabieh (BBO #654737)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-4112

Dated: July 1, 2009

**CERTIFICATE REGARDING SERVICE PURSUANT TO LOCAL RULE 5.2(b)(2)**

No specific defendant having yet been identified in this action, I certify that service of this document upon the attorney of record for other parties or upon any parties appearing *pro se* is not possible.

                                                        /s/ Michael S. Rabieh
                                                  Michael S. Rabieh (BBO #654737)